| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Weinstein, Jack B. | 2. Court or Organization<br><br>USDC-Eastern District of New York | 3. Date of Report<br><br>10/05/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza East<br>Brooklyn, N.Y. 11201 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State savings Plan Schooling (2) |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 10/05/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | TeachersIns & Annuity Pensions | $15,963.00 |
| 2. | 2016 | NY State Retirements System Pension | $9,312.00 |
| 3. | 2016 | Judicial Retiree & Survivors | $197,798.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 10/05/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Card | J |
| 2. | Wells Fargo | Credit Card | J |
| 3. | Wells Fargo | Secured Loan | N |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo - 8178 | A | Interest | K | T | | | | | |
| 2. American Express Bk 3/18/19 | A | Interest | J | T | | | | | |
| 3. Amtrust Finl Pfd Services Ser D Per MTY | B | Interest | K | T | | | | | |
| 4. Anglogold Holdings PLC due 4/15/20 | B | Interest | K | T | | | | | |
| 5. Archer Daniels due 3/15/18 | A | Interest | J | T | | | | | |
| 6. Assured Guaranty US Hldg Sr Note Due 07/01/24 | A | Interest | J | T | | | | | |
| 7. AT&T Inc | B | Dividend | K | T | | | | | |
| 8. Bank of America Internotes Medium Term Notes due 01/15/29 | A | Interest | J | T | | | | | |
| 9. Blackrock FDS II (Long Term) | A | Interest | | | Sold | 01/19/16 | K | A | |
| 10. Blackrock FDS II (Short Term) | A | Interest | | | Sold | 01/19/16 | J | A | |
| 11. Buckeye Partners lp-due 8/15/19 | B | Interest | K | T | | | | | |
| 12. Chesapeake Energy Corp due 8/15/29 | A | Interest | | | Sold | 09/23/16 | J | A | |
| 13. Citigroup Inc Subordinated due 06/10/25 | A | Interest | J | T | | | | | |
| 14. Conocophillips | A | Dividend | K | T | | | | | |
| 15. Dow Chemical Company | A | Dividend | | | Sold | 01/19/16 | J | A | |
| 16. Dow Chemical Company | A | Dividend | | | Sold | 06/07/16 | J | A | |
| 17. Entergy Corp due 09/15/20 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Income SECS | A | Dividend | K | T | | | | | |
| 19. First TR Value Line | A | Dividend | K | T | Buy | 11/30/16 | K | | |
| 20. Ford Motor Company | A | Dividend | | | Sold | 01/19/16 | J | A | |
| 21. Franklin Income FD | B | Dividend | L | T | | | | | |
| 22. General Electric Cap Corp - 9/15/17 | B | Interest | | | Sold | 01/19/16 | K | A | |
| 23. General Electric Company | A | Dividend | | | Sold | 01/19/16 | K | B | |
| 24. Glaxosmithkline PLC_ADR | B | Dividend | K | T | | | | | |
| 25. Global BD FD - Voya Mutual Funds (Short Term) | A | Dividend | | | Sold | 01/19/16 | J | A | |
| 26. Global BD Fund -Voya Mutual Funds (Long Term) | A | Dividend | | | Sold | 01/19/16 | K | A | |
| 27. Goldman Sachs Group Inc Notes Medium Terms Notes due 08/15/27 | A | Interest | J | T | | | | | |
| 28. Goldman Sachs TR | A | Interest | | | Sold | 01/19/16 | K | A | |
| 29. Goodyear Tire & Rubber Company GTD due 05/31/26 | A | Interest | J | T | Buy | 09/23/16 | K | | |
| 30. Hartford Mut FDS Inc (Long Term) | A | Interest | | | Sold | 01/19/16 | K | A | |
| 31. Hartford Mut FDS Inc (Short Term) | A | Interest | | | Sold | 01/19/16 | J | A | |
| 32. Hewlett-Packard Co due 12/9/21 | A | Interest | K | T | | | | | |
| 33. Hometrust Bank clyde nc 8/26/21 | A | Interest | K | T | | | | | |
| 34. International Business Machine Corp | B | Dividend | | | Sold | 11/30/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Invt FD Flexible FD (Long Term) | A | Dividend | | | Sold | 01/19/16 | K | A | |
| 36. Janus Invt FD Flexible FD (Short Term) | A | Dividend | | | Sold | 01/10/16 | J | A | |
| 37. JPMorgan Chase & Co - 6/27/17 | A | Interest | | | Sold | 01/19/16 | K | A | |
| 38. JPMorgan Income Builder | A | Interest | | | Sold | 01/19/16 | K | A | |
| 39. Juniper Networks Inc Sr Note Due 06/15/25 | A | Interest | J | T | | | | | |
| 40. Kellogg Company | A | Dividend | | | Sold | 01/19/16 | K | C | |
| 41. Kinder Morgan Ener Part Sr Unsecured Note due 09/01/24 | A | Interest | J | T | | | | | |
| 42. Kohl's Corp Sr Unsecured Callable due 07/17/25 | A | Interest | J | T | | | | | |
| 43. Mainstay High Yield Corp Bond FD CL C | B | Dividend | K | T | | | | | |
| 44. Metlife Inc - 8/15/18 | A | Interest | J | T | | | | | |
| 45. Morgan Stanley Sub Medium Term Notes due 09/08/26 | A | Interest | K | T | | | | | |
| 46. New York Community Bankcorp Inc | A | Interest | | | Sold | 01/19/16 | J | A | |
| 47. Nuveen Invt Fds Inc Real Asset Income FD CI C | A | Dividend | K | T | | | | | |
| 48. Pimco Income | C | Dividend | L | T | | | | | |
| 49. Pioneer SER TR IV Multi Asset Income FD | A | Dividend | K | T | | | | | |
| 50. Principal Global DIV Income Fd | B | Dividend | K | T | | | | | |
| 51. Proctor & Gamble Co | A | Dividend | | | Buy | 03/07/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Proctor & Gamble Co | A | Dividend | | | Sold | 06/07/16 | K | A | |
| 53. Public Storage PFD PERP SER C Cum - 05/17/16 | B | Dividend | K | T | Buy | 06/08/16 | K | | |
| 54. Putnam Diversified Income TR SBI CL C | B | Dividend | K | T | Sold (part) | 01/19/16 | J | A | |
| 55. Raymond James Financial Senior note due 04/01/24 | A | Interest | K | T | | | | | |
| 56. Steelpath MLP FDS TR - Name change to Oppenheimer Funds Steelpath MLP | C | Dividend | L | T | | | | | |
| 57. Templeton Global Total Return | A | Interest | | | Sold | 01/04/16 | K | A | |
| 58. Time Warner Cable Inc due 2/1/20- Previously 8/15/19 | A | Interest | J | T | | | | | |
| 59. Verizon Communications COM | B | Dividend | K | T | | | | | |
| 60. Verizon Communications COM | B | Dividend | K | T | Buy | 03/07/16 | K | | |
| 61. Viacom Inc Sr Unsecured Callablel Due 09/01/23 | A | Interest | J | T | | | | | |
| 62. Walt Disney Company - 12/15/17 | A | Interest | | | Sold | 01/19/16 | J | A | |
| 63. Wyndham Worldwide SR Unsecured Callable Due 03/01/22 | A | Interest | | | Sold | 01/19/16 | J | A | |
| 64. Wells Fargo - 0681 | A | Interest | J | T | | | | | |
| 65. Alcoa Inc | B | Interest | K | T | | | | | |
| 66. Amherst NY Dev Corp Stdnt Hsg Fac Rev UBF due 10/1/30 | A | Interest | K | T | | | | | |
| 67. Brookhaven NY open space preservatoin 11/1/21 | A | Interest | J | T | | | | | |
| 68. Buffalo NY Fiscal stability auth 9/1/21 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Goldlman Sachs BK USA due 1/14/19 | B | Interest | K | T | | | | | |
| 70. Long Island Power Authority NY 12/1/22 | A | Interest | | | Sold | 12/01/16 | K | A | |
| 71. Long Island Power Authority NY 05/1/38 | A | Interest | K | T | Buy | 03/15/16 | K | | |
| 72. Metropolitan Transit Auth due 11/15/32 | A | Interest | J | T | Buy | 03/10/16 | J | | |
| 73. Metropolitan Transit Auth due 11/15/38 | B | Interest | K | T | | | | | |
| 74. Metropolitan Transit Auth due 11/15/43 | A | Interest | J | T | Buy | 03/15/16 | J | | |
| 75. Metropolitan Transit Auth due 11/15/34 | A | Interest | K | T | | | | | |
| 76. Metropolitan Transit Auth due 11/15/25 | A | Interest | | | Sold | 11/15/16 | J | A | |
| 77. Nassau NY due 04/01/43 | A | Interest | J | T | Buy | 01/11/16 | J | | |
| 78. New York Genl Oblig - 10/1/25 | A | Interest | J | T | | | | | |
| 79. New York St Dorm Au Memorial Sloan 07/01/24 | A | Interest | J | T | | | | | |
| 80. New York St Dorm Au Pers Income 12/5/26 | A | Interest | K | T | | | | | |
| 81. New York St Dorm Au Revs -7/1/28 | A | Interest | J | T | | | | | |
| 82. New York St Twy Auth due 1/1/37 | B | Interest | K | T | | | | | |
| 83. New York St Twy Auth Pers Income due 3/15/26 | A | Interest | | | Sold | 03/15/16 | J | A | |
| 84. New York St Urban dev corp rev st Pers Income due 3/15326 | A | Interest | K | T | Buy | 03/11/16 | K | | |
| 85. NY City Transitional Fin due 7/15/37 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NY Dorm auth rev due 2/15/27 | A | Interest | K | T | | | | | |
| 87. NY Dorm auth revs due 7/1/33 | A | Interest | J | T | | | | | |
| 88. NY NY City Transitional fin auth bldg due 1/15/31 | B | Interest | K | T | | | | | |
| 89. NY St environmental fcs corp due 6/15/33 | A | Interest | K | T | | | | | |
| 90. NYS Dorm auth st pers inc tax due 12/15/35 | A | Interest | | | Sold | 12/15/16 | J | A | |
| 91. Port Auth NY & NJ due 10/15/31 | A | Interest | K | T | | | | | |
| 92. Rockland Co NY various purposes 8/15/21 | A | Interest | J | T | | | | | |
| 93. Suffolk co ny pub impt serial ser-a 5/15/22 | A | Interest | K | T | | | | | |
| 94. Triborough brdg & tunl auth 11/15/33 | B | Interest | K | T | | | | | |
| 95. Wells Fargo - 3209 | A | Interest | K | T | | | | | |
| 96. Wells Fargo - 5184 | A | Interest | J | T | | | | | |
| 97. 3M Co | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 98. Abbott Laboratories ABT | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 99. Accenture PLC Ireland Shares Class A | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 100. AFLAC Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 101. Air Products & Chemicals Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 102. American Tower Corp REIT | A | Dividend | J | T | Buy | 03/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Amerisourcebergen Corp ABC | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 104. Amgen Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 105. Analog Devices Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 106. AptarGroup Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 107. AT&T Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 108. Automatic Data Processing | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 109. Becton Dickinson & Co | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 110. Blackrock Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 111. Broadridge Financial Solutions | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 112. Brown and Brown Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 113. Brown-Forman Corp CL B | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 114. Caterpillar Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 115. Chevron Corporation | A | Dividend | | | Buy | 03/10/16 | J | | |
| 116. Chevron Corporation | A | Dividend | | | Sold | 10/31/16 | J | A | |
| 117. Chubb LTD | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 118. Cisco Systems Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 119. Clorox Company | A | Dividend | J | T | Buy | 03/10/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Colgate-Palmolive Co | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 121. Comcast Corp New CL A | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 122. Commerce Bancshares Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 123. Costco Whsl Corp New | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 124. CVS Health Corporation | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 125. Disney Walt Company | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 126. Eaton Vance Corp Non VTG | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 127. Ecolab Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 128. Edison Intl | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 129. Emerson Electric Co | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 130. Eversource Energy | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 131. Exxon Mobil Corp | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 132. Factset Research Systems | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 133. Federal Rlty Invt TR SBI REIT | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 134. General Mills Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 135. Genl Dynamics Corp | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 136. Grainger W W Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Harris Corp Det | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 138.  Illinois Tool Works Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 139.  Intl Business Machines Corp | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 140.  J M Smucker Co | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 141.  Jack Henry & Assoc Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 142.  Johnson & Johnson | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 143.  Kellogg Company | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 144.  Kimberly-Clark Corp | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 145.  Lowes Companies Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 146.  McCormick & Co Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 147.  McDonalds Corp | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 148.  Medtronic PLC | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 149.  Microsoft Corp | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 150.  National Fuel Gas Co | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 151.  New Jersey Res Corp | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 152.  Nextera Energy Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 153.  Nike Inc Class B | A | Dividend | J | T | Buy | 03/10/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Nordstrom Inc | A | Dividend | | | Buy | 03/10/16 | J | | |
| 155. Nordstrom Inc | A | Dividend | | | Sold | 10/31/16 | J | A | |
| 156. Norfolk Southern Corp | A | Dividend | | | Buy | 03/10/16 | J | | |
| 157. Norfolk Southern Corp | A | Dividend | | | Sold | 10/31/16 | J | A | |
| 158. Novartis AG SPON ADR | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 159. Owens & Minor Inc New | A | Dividend | | | Buy | 03/10/16 | J | | |
| 160. Owens & Minor Inc New | A | Dividend | | | Sold | 07/01/16 | J | A | |
| 161. P P G Industries Inc | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 162. Paychex Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 163. Pepsico Incorporated | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 164. Phillips 66 | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 165. Polaris INDS Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 166. Praxair Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 167. Proctor & Gamble Co | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 168. Qualcomm Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 169. Realty Income Corp | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 170. Scana Corp Com | A | Dividend | J | T | Buy | 03/10/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 10/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Schlumberger LTD | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 172. South Jersey IND Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 173. Southern Coompany/The | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 174. Stryker Corp | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 175. Sysco Corporation | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 176. T Rowe Price Group Inc | A | Dividend | J | T | Buy | 07/01/16 | J | | |
| 177. Target Corp | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 178. TJX Cos Inc New | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 179. United Parcel Service - B | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 180. United Technologies Corp | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 181. V F Corporation | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 182. Verizon Communications | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 183. Versum Materials Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 184. Wal-Mart Stores Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 185. WEC Energy Group Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 186. XCEL Energy Inc | A | Dividend | J | T | Buy | 03/10/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 10/05/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack B. Weinstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544